# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Vanguard Products Group, Inc., et al.

                                            Plaintiff,

v.                                                      Case No.: 1:05−cv−01323

                                                               Honorable Elaine E. Bucklo

Diam USA, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2005:

       MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion to reconsider (20) is granted. Plaintiff is required to file a separate action against one of the two defendants. It may be that it will be expeditious to consolidate the cases for some discovery purposes, but there is no proper basis for joining the two defendants in one action. Oral argument previously set for 10/27/05 is cancelled.Plaintiff's motion to amend the complaint is denied.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.