# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Vanguard Products Group, Inc., et al.

                      Plaintiff,

v.                                                Case No.: 1:05−cv−01323

                                                Honorable Elaine E. Bucklo

Diam USA, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 16, 2007:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for summary judgment on infringement is granted, and defendants' motions for summary judgment on noninfringement and patent invalidity, and to bar plaintiffs' damages claim are denied. See Memorandum Opinion and Order for details. Pretrial order will be due by 10/15/07; and response to any motions in limine by 10/29/07.Final Pretrial Conference set for 11/9/2007 at 03:00 PM.Jury Trial set for 11/13/2007 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.