**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Vanguard Products Group, Inc., et al.
            Plaintiff,

v.                  Case No.: 1:05−cv−01323
                 Honorable Elaine E. Bucklo

Diam USA, Inc., et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 9, 2007:

   MINUTE entry before Judge Elaine E. Bucklo : Parties' joint motion for dismissal is granted. Accordingly, this action, in its entirety, is dismissed and each party to bear its own fees and costs. The court retains jurisdiction to enforce the terms of settlement agreement. Pretrial conference set for 11/9/07 and trial set for 11/13/07 are now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.